IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY and CELLULAR RESEARCH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> 10X GENOMICS, INC. <br><br> Defendant. | C.A. No. 18-1800-RGA <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT 10X GENOMICS'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendant 10X Genomics, Inc. ("10X") hereby moves the Court for an order to partially dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The specific grounds for this motion are contained in the Opening Brief filed herewith and any other materials which may in the future be filed in support of this motion.

OF COUNSEL:

Matthew D. Powers
(pending admission *pro hac vice*)
Robert L. Gerrity
(pending admission *pro hac vice*)
Daniel M. Radke
(pending admission *pro hac vice*)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
matthew.powers@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
daniel.radke@tensegritylawgroup.com

Date: January 18, 2019

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7705
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for Defendant 10X Genomics, Inc.*