# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY and CELLULAR RESEARCH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 18-1800-RGA |
| 10X GENOMICS, INC., | ) ) ) |
| Defendant. | ) ) ) |

## [PROPOSED] ORDER

WHEREAS, Defendant 10X Genomics, Inc. ("10X") having moved the Court for an order for partial dismissal pursuant to Federal Rules of Civil Procedure 12(b)(6):

IT IS HEREBY ORDERED this _____ day of _____, 2019, that 10X's motion to dismiss is GRANTED.

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT COURT JUDGE