**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY and CELLULAR RESEARCH, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 18-1800 (RGA) ) |
| 10X GENOMICS, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE**

PURSUANT TO Federal Rule of Civil Procedure 41, including Rules 41(a)(1) and 41(c), Becton, Dickinson and Company, Cellular Research, Inc. and 10X Genomics, Inc. hereby stipulate and agree to dismiss with prejudice this action, including any and all claims, defenses and counterclaims asserted in this action. Each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| */s/ Michael J. Flynn* | */s/ Jason J. Rawnsley* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Michael J. Flynn (#5333) | Jason J. Rawnsley (#5379) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Alexandra M. Ewing (#6407) |
| 1201 North Market Street | RICHARDS, LAYTON & FINGER, P.A. |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7700 |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| mflynn@mnat.com | rawnsley@rlf.com |
| | ewing@rlf.com |
| *Attorneys for Plaintiffs Becton, Dickinson and Company and Cellular Research, Inc.* | *Attorneys for Defendant 10X Genomics, Inc.* |

Dated: October 18, 2019

SO ORDERED this \_\_\_\_\_ day of _____, 2019.

_____
THE HONORABLE RICHARD G. ANDREWS
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE