IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY and CELLULAR RESEARCH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> 10X GENOMICS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 18-1800 (RGA) ) ) ) ) ) |

## STIPULATION AND [PROPOSED]
## ORDER OF DISMISSAL WITH PREJUDICE

PURSUANT TO Federal Rule of Civil Procedure 41, including Rules 41(a)(1) and 41(c), Becton, Dickinson and Company, Cellular Research, Inc. and 10X Genomics, Inc. hereby stipulate and agree to dismiss with prejudice this action, including any and all claims, defenses and counterclaims asserted in this action. Each party shall bear its own costs, expenses, and attorneys' fees.

*/s/ Michael J. Flynn*
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Plaintiffs Becton, Dickinson and Company and Cellular Research, Inc.*

*/s/ Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for Defendant 10X Genomics, Inc.*

Dated: October 18, 2019

SO ORDERED this __21__ day of __October_____, 2019.

                                                   /s/ Richard G. Andrews  
                                                   THE HONORABLE RICHARD G. ANDREWS  
                                                   DISTRICT JUDGE  
                                                   UNITED STATES DISTRICT COURT  
                                                   DISTRICT OF DELAWARE